Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br> v. <br><br> U.S. ECONOMIC DEVELOPMENT ADMINISTRATION, <br><br> Defendant. | CASE NO. 2:17-cv-01812-MMD-VCF <br><br> **ORDER** |

**WHEREAS**, on June 30, 2017 Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") commenced this action by the filing of its Complaint, which seeks a declaration that a Grant, Bargain and Sale Deed, No. 20140702-0002676 recorded in Clark County on July 2, 2014 (the "Grant Deed"), purporting to convey Wells Fargo's interest in the real property commonly known as 6500 Alpine Forest Court, Las Vegas, Nevada 89149, APN # 125-21-412-039 (the "Property") to the Defendant U.S. Economic Development Administration (the "EDA"), is invalid and of no legal force and effect and that the EDA has no right, title, or interest in the Property;

**WHEREAS**, on July 25, 2017 the EDA filed a Disclaimer of Interest, pursuant to which it states that it has no interest in the Property and disclaims any interest in the Property, and has otherwise not answered or appeared in this action;

**WHEREAS**, on November 27, 2017 Wells Fargo filed its Motion for Summary Judgment (the "Motion"), seeking an adjudication that it is entitled to the relief requested in its Complaint because the EDA has disclaimed any interest in the Property and because Wells Fargo understands the Grant Deed to be a forgery;

4811-9730-4154

**WHEREAS** the EDA did not oppose or otherwise respond to the Motion; and

**WHEREAS** Wells Fargo has shown to the Court's satisfaction that there is no genuine dispute as to any material fact at issue in this case and that Wells Fargo is entitled to the relief sought in the Complaint and the Motion as a matter of law;

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Wells Fargo's Motion is **GRANTED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** judgment in this action be awarded in Wells Fargo's favor;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** the Grant Deed is declared invalid and of no legal force or effect;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** the EDA is declared to have no right, title or interest in the Property;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** Wells Fargo is declared to be entitled to cause the Grant Deed to be removed from the Property's chain of title; and

**IT IS FURTHER IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** this Order shall be recordable with the Clark County Recorder's Office for the purpose of effecting the relief provided for herein.

**IT IS SO ORDERED.**

_____
Hon. Miranda M. Du
United States District Court

DATED: January 9, 2018

4811-9730-4154